# IN THE SUPREME COURT OF THE STATE OF NEVADA

DISHOND MONTELL DIGGS, JR.,
    Appellant,
  vs.
THE STATE OF NEVADA,
    Respondent.

No. 79902

FILED

NOV 26 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on June 28, 2019. Appellant did not file the notice of appeal, however, until October 21, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely appeal fails to vest jurisdiction in this court). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____ Pickering _____, J.
  Pickering

_____, J.
 Parraguirre

_____, J.
 Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-48308

cc:  Hon. Jacqueline M. Bluth, District Judge
     Dishond Montell Diggs, Jr.
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A